UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN SONNENFELD,

    Plaintiff,

    v.

GONSALVES & SANTUCCI, INC. dba
THE CONCO COMPANIES, and DOES 1-
20, inclusive,

    Defendants.

Case No. C26-606-RSM

ORDER GRANTING STIPULATED
MOTION TO STAY

This matter, having come before the Court on the Parties' Stipulated Motion to Stay, and the Court having considered the Stipulated Motion and all documents filed in relation thereto, and being fully advised, the Court hereby finds and ORDERS:

The Parties' Stipulated Motion to Stay, Dkt. #4, is GRANTED. The case and all pre-trial deadlines in this case are STAYED. The Parties are directed to file a joint status report by June 1, 2026.

DATED this 3rd day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO STAY - 1